IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3119 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WILLIAM EUGEN PACKER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 24) is granted.

(2) Defendant Packer's sentencing is continued to Wednesday, March 21, 2012, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated February 27, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge